AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Zachariah Boulton

_____
Defendant

)
)
)
)
)
)
)

**Case: 1:23-mj-00128**
**Assigned To : Upadhyaya, Moxila A.**
**Assign. Date : 6/13/2023**
**Description: Complaint W/ Arrest Warrant**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) _____ Zachariah Boulton _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: _____06/13/2023_____

City and state:     _____Washington, D.C._____

*Issuing officer's signature*

Moxila A. Upadhyaya
2023.06.13 11:43:18 -04'00'

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on (date) 6/13/2023, and the person was arrested on (date) 7/10/2023 at (city and state) Atlanta, GA . |

Date: 7/10/2023

*Arresting officer's signature*

David King , FBI
*Printed name and title*