IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | Criminal Action Number |
| versus | 1:23-mj-128-MAU |
| Zachariah Boulton | |

### Notice of Appearance

Ashley R. Martin of the Federal Defender Program, Inc., hereby files notice of her appearance as counsel for Zachariah Boulton in the above-captioned case.

Dated:  This 27th day of July, 2023.

                                          Respectfully submitted,

                                          /s/ *Ashley R. Martin*

                                          Georgia State Bar No. 435062
                                          Attorney for Zachariah Boulton

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Ashley_Martin@fd.org